

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-11-00174-CV

HSBC BANK USA, NATIONAL ASSOCIATION                                    APPELLANT

V.

SFTF HOLDINGS, LLC                                                                  APPELLEE

------------

FROM THE 352ND DISTRICT COURT OF TARRANT COUNTY

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

We have considered "Appellant's Unopposed Motion To Dismiss." It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal without prejudice. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

---

[1]*See* Tex. R. App. P. 47.4.

Costs of the appeal shall be paid by appellant, for which let execution issue.  *See* Tex. R. App. P. 42.1(d).

PER CURIAM

PANEL:  GARDNER, WALKER, and MCCOY, JJ.

DELIVERED:  July 7, 2011